UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAIKWAN GILES,

                Petitioner,

  -v-

AMY LAMANNA, Superintendent of Five Points Correctional Facility,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 5804 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On the application (ECF No. 25) of petitioner Daikwan Giles, an inmate, to appear at the oral argument scheduled for July 18, 2023:

**IT IS ORDERED** that the Superintendent or other official in charge of the Five Points Correctional Facility, located at 6600 State Route 96, Romulus, New York, 14541 (the "Facility"), produce inmate Daikwan Giles, Department Identification Number 13-A-4433, on **July 18, 2023**, no later than **9:45 a.m.**, to a suitable location within the Facility that is equipped with a telephone, for the purpose of listening to the oral argument.

**IT IS FURTHER ORDERED** that petitioner's counsel: (1) transmit this order immediately to the Superintendent or other official in charge of the Facility; (2) contact the Facility to arrange the telephone call; and (3) provide the Facility with the following dial-in information for the Court's conference line so that Mr. Giles will be able to listen to the oral argument at the scheduled time: (866) 390-1828; access code: 380-9799.

Dated:     New York, New York
             June 27, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**