UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAIKWAN GILES,

                 Petitioner,

        -v-

AMY LAMANNA**,** Superintendent of Five Points
Correctional Facility,

                Respondent.

CIVIL ACTION No. 22 Civ. 5804 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

At the oral argument held on July 18, 2023 (the "Oral Argument"), the Court directed the

parties to promptly order a transcript (the "Transcript") of the Oral Argument.  To date, however,

the parties have not ordered the Transcript.  Accordingly, the parties are directed to order the

Transcript by **August 25, 2023**.  Instructions can be found at www.sdreporters.com.

  Dated:     August 22, 2023
              New York, New York

                      SO ORDERED.

                      **SARAH L. CAVE**
                      **United States Magistrate Judge**