```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2024
```

# CENTER FOR APPELLATE LITIGATION

**120 WALL STREET – 28TH FLOOR, NEW YORK, NY 10005 TEL. (212) 577-2523 FAX 577-2535**

---

*EXECUTIVE DIRECTOR*  
JENAY NURSE GUILFORD

MATTHEW BOVA  
*SUPERVISING ATTORNEY*  
EXT. 543; mbova@cfal.org

**MEMORANDUM ENDORSED**

April 23, 2024

Hon. Gregory H. Woods  
United States District Court Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: *Giles v. Lamanna*,  
Case 1:22-cv-05804-GHW-SLC  
Request for Extension of Time to File  
Objections to Report & Recommendation

Your Honor:

    I represent Petitioner in the above-captioned case. I am writing to request an extension of time of 20 days to file objections to Magistrate Judge Cave's Report & Recommendation, dated April 15, 2024. This is Petitioner's first request for an extension of time and counsel for Respondent has consented to this request. Under this request, the deadline for the objections would be moved from April 29, 2024 to May 19, 2024. This request for an extension of time is necessitated by my current caseload and supervisory obligations in cases pending before the New York State courts as well as the length of the Report & Recommendation (54 pages).

Application granted. Petitioner's deadline to file objections to the Report & Recommendation described above is extended to May 19, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.

Sincerely,

/s/ Matthew Bova  
    Matthew Bova

SO ORDERED.

Dated: April 23, 2024  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge