```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

DAIKWAN GILES,

                                        Petitioner,           1:22-cv-5804-GHW

            -against-                                ORDER

AMY LAMANNA, *Superintendent of Five Points Correctional Facility*,

                                        Respondent.

---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On May 24, 2024, Petitioner filed objections to Magistrate Judge Cave's April 15, 2024 report and recommendation. *See* Dkt. Nos. 32, 40. Any response to the objections is due no later than June 10, 2024.

       SO ORDERED.

Dated: May 28, 2024
New York, New York

                                                          GREGORY H. WOODS
                                                   United States District Judge