**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAIKWAN GILES,

                                    Petitioner,                        22 **CIVIL** 5804 (GHW)

            -against-                                              **JUDGMENT**

AMY LAMANNA, Superintendent of Five Points
Correctional Facility,

                                    Respondent.
------------------------------------------------------------X


            It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion & Order dated August 2, 2024, the Court has

adopted the R&R's conclusions in full. Mr. Giles's petition for a writ of habeas corpus is

DENIED and judgment is entered for Respondent; accordingly, the case is closed.

**DATED:** New York, New York
            August 5, 2024


                                            **DANIEL ORTIZ**
                                    _____
                                        **Acting Clerk of Court**
                    **BY:**             *K. Mango*
                                    _____
                                        **Deputy Clerk**